UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID G. KROHN,<br><br>               Plaintiff,<br><br>   v.<br><br>HANFORD OPERATIONS AND ENGINEERING PENSION PLAN (EIN 91-1369759),<br><br>               Defendants. | NO: 12-CV-5001-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

      Before the Court is the parties' Stipulated Motion for Dismissal (ECF No. 11). The motion was heard without oral argument.

      The parties stipulate and agree that this matter has been fully compromised and settled, with each party bearing its own costs and attorneys' fees.

      Accordingly, IT IS HEREBY ORDERED:

      The parties' Stipulated Motion for Dismissal (ECF No. 11) is **GRANTED**. Each party shall bear their own costs and attorneys' fees.

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 1

1    The District Court Executive is hereby directed to enter this Order and

2    furnish copies to counsel and close the file.

3    **DATED** this 18th day of June, 2012.

4                              *s/ Thomas O. Rice*

5                              THOMAS O. RICE
                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 2